# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY PARROTT,<br>    Plaintiff(s)<br><br>        v.<br><br>MICHAEL J. ASHE, JR., ET AL.,<br>    Defendant(s) | CIVIL ACTION NO. 3:13-30007-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants Michael J. Ashe, Jr., et al., against the plaintiff Gary Parrott, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                                                        **ROBERT M. FARRELL**,
                                                        CLERK OF COURT

Dated: February 24, 2014                By /s/ *Maurice G. Lindsay*
                                                        Maurice G. Lindsay
                                                        Deputy Clerk

(Civil Judgment (Routine) 1-Ptf v Multi-Dfts-al el.wpd - 11/98)
                    [jgm.]